COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | | |
|---|---|---|---|
| GLENN MCNABB, | § | No. 08-25-00146-CV | |
| | § | | |
| Appellant, | | Appeal from the | |
| | § | | |
| v. | | 34th District Court | |
| | § | | |
| QUIRINO SANTILLANO, INDIVIDUALLY AND RAMONA SANTILLANO, INDIVIDUALLY, | | of El Paso County, Texas | |
| | § | | |
| | | (TC# 2024-DCV-0796) | |
| | § | | |
| Appellees. | | | |
| | § | | |

## M E M O R A N D U M   O P I N I O N

Before the Court is a joint motion to dismiss the appeal pursuant to settlement. The motion, which is signed by both parties, asks that we dismiss the appeal and remand the case to the trial court for dismissal of the lawsuit with prejudice in accordance with the parties' agreement. We cannot both dismiss an appeal and remand for further proceedings. Tex. R. App. P. 42.1(a)(2) (providing actions an appellate court may take pursuant to an agreement); Tex. R. App. P. 43.2 (listing types of judgments). Instead, we construe the motion as a motion to set aside the judgment without consideration of the merits and to remand the appeal to the trial court for rendition of judgment in accordance with the parties' agreement. Tex. R. App. P. 42.1(a)(2)(B).

As construed, the motion is GRANTED. Accordingly, we set aside the trial court's judgment without regard to the merits and remand this case to the trial court for rendition of judgment in accordance with the parties' agreement. Tex. R. App. P. 42.1(a)(2)(B). 43.2(d). Costs are taxed against Appellant, Glenn McNabbb. Tex. R. App. P. 42.1(d)

MARIA SALAS MENDOZA, Chief Justice

August 12, 2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.